UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNA HILDENBRAND,<br><br>                    Plaintiff,<br><br>-against-<br><br>NUVANCE HEALTH,<br><br>                    Defendant. | 25-CV-2663 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

      In light of the fact that Defendant has not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due July 8, 2025 and the initial pretrial conference scheduled for July 15, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **June 6, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: May 13, 2025
       New York, New York

                                                        SO ORDERED.

                                                        *Jessica Clarke*

                                                        JESSICA G. L. CLARKE
                                                        United States District Judge