UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNA HILDENBRAND,

Plaintiff,

-against-

NUVANCE HEALTH,

Defendant.

25-CV-2663 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Pursuant to the conference held in this matter on November 18, 2026, the Court STAYS this case until **February 18, 2027**. The parties are ORDERED to file a joint status letter, no later than **February 18, 2027**, updating the Court on the status of this case, including whether the issues related to Plaintiff litigating this action have been resolved, and whether the parties are interested in referral to the District's Mediation Program or to Chief Magistrate Judge McCarthy for a settlement conference.

The case management conference, previously scheduled for January 26, 2027, at 2:30 p.m., and all discovery deadlines, are adjourned *sine die*.

The Clerk of Court is directed to stay this case.

Dated: November 18, 2026
White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge